

# NUMBER 13-22-00189-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN RE ESTATE OF PAUL ROLAND AVENELL, DECEASED

**On appeal from the County Court
of Jackson County, Texas.**

## MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Longoria and Tijerina
Memorandum Opinion by Justice Longoria**

This matter is before the Court on appellant's amended motion to dismiss appeal. On June 2, 2022, this cause was abated, and the matter was referred to mediation. The parties have now settled the case.

Upon review of appellant's amended motion, the Court is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a)(1). Therefore, this cause is reinstated, the amended motion to dismiss is granted, and the appeal is hereby dismissed. Costs will be taxed against the appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent

agreement of the parties, the court will tax costs against the appellant."). Because the appeal is dismissed at the parties' request, no motion for rehearing shall be entertained.

NORA L. LONGORIA
Justice

Delivered and filed on the
28th day of July, 2022.